IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gyrodyne Company of America, Inc.,<br><br>                              Plaintiff,<br><br>-against-<br><br>Full Value Partners L.P., Bulldog Investors General Partnership, Phillip Goldstein, Andrew Dakos and Timothy Brog,<br><br>                              Defendants. | No. 07 cv 4857 (FB) (ETD)<br><br>**NOTICE OF DISMISSAL** |

        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Gyrodyne Company of America, Inc. ("Gyrodyne") hereby voluntarily dismisses this action without prejudice, with the parties to bear their own costs. Defendants have not filed or served an answer or motion for summary judgment in this action.

Dated: December 10, 2007

                                                          By: _____/s/ Martin L. Seidel_____
                                                          *Attorneys for Plaintiff Gyrodyne Company of America, Inc.*

                                                          Martin L. Seidel (MS-9459)
                                                          martin.seidel@cwt.com
                                                          CADWALADER, WICKERSHAM & TAFT LLP
                                                          One World Financial Center
                                                         New York, New York 10281
                                                         Tel: (212) 504-6000
                                                         Fax: (212) 504-6666